UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DONALD HALL** | **CASE NO. 6:25-CV-00828** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WAL-MART STORES INC ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION FOR REMAND filed by plaintiff Donald Hall. (Rec. Doc. 15). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's MOTION FOR REMAND (Rec. Doc. 15) is DENIED.

**THUS DONE AND SIGNED** in chambers on this 23rd day of January, 2026.

*[signature]*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**